Billy Ray RANDLES, Appellant–
Respondent,

v.

Rebecca M. RANDLES, Respondent–
Appellant.

Nos. WD 69893, WD 69933.

Missouri Court of Appeals,
Western District.

Sept. 29, 2009.

Rebecca M. Randles, Kansas City, MO,
pro se.

James D. Boggs, W. Christian Boggs,
Kansas City, MO, for Appellant–Respondent.

Before Division II: VICTOR C.
HOWARD, Presiding Judge, and JOSEPH
M. ELLIS and MARK D. PFEIFFER,
Judges.

**Order**

PER CURIAM.

Billy Ray Randles (Husband) appeals
the trial court's judgment dissolving his
marriage to Rebecca M. Randles (Wife).
On appeal, he presents three points. Wife
also appeals the judgment and presents
four points. We affirm in this *per curiam*
order issued pursuant to Rule 84.16(b).